1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:09-cr-00463-MCE
                                  )
12          Plaintiff,             )
                                  )
13     v.                          ) STIPULATION AND ORDER TO
                                  ) CONTINUE STATUS CONFERENCE
14 ELIGIO QUINTANA-BARRERA,       )
      aka Eliseo Arreola-Reyes,   )
15                                )
            Defendant.             )
16 _____)

17

18      IT IS HEREBY STIPULATED between the parties, Michele
19 Beckwith, Assistant United States Attorney, and Alexandra Negin,
20 Assistant Federal Defender, attorney for ELIGIO QUINTANA-BARRERA,
21 that the status conference of September 16, 2010 be vacated, and
22 the matter be set for status conference on September 30, 2010 at
23 9:00 a.m.
24      Additional time is needed for the parties to negotiate a
25 possible resolution of this matter.  The parties agree that a
26 continuance is necessary for this purpose, and agree to exclude
27 time under the Speedy Trial Act accordingly.
28 ///

1

1  IT IS STIPULATED that the period from the signing of the
2 proposed order, up to and including the September 30, 2010 status
3 conference, be excluded in computing the time within which trial
4 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.

8 Dated:   September 9, 2010              Respectfully submitted,
9                                         BENJAMIN B. WAGNER
                                          United States Attorney
10
11                                        /s/ Michele Beckwith
                                      By: Michele Beckwith
12                                        Assistant U.S. Attorney
13 Dated: September 9, 2010               DANIEL BRODERICK
                                          Federal Defender
14
                                          /s/ Alexandra Negin
15                                        ALEXANDRA NEGIN
                                          Assistant Federal Defender
16                                        Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 16, 2010, be continued to September 30, 2010, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 30, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE